THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EVA COO, Appellant.

(Argued March 4, 1935; decided April 30, 1935.)

*Maxwell Slade, David H. Slade* and *Joseph M. Klein* for appellant.

*Donald H. Grant,* District Attorney (*Harry R. Bigelow, Jr.,* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.